## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  12-cv-001538-REB-MEH

EUNICE SCHATZ, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION,
FORESTAR GROUP INC.,
CLARENCE H. BROWN,
OAKLEY HALL,
JAMES T. HUFFMAN,
JOHN A. RIGAS,
H. LEIGH SEVERANCE,
WILLIAM F. SKEWES, and
MARLIS E. SMITH, JR.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)** [#27][1] filed August 2, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Notice of Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)** [#27] filed August 2, 2012, is **APPROVED**;

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 3, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge